UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KEVIN PHUNG,
Plaintiff,
v.
SYNCHRONY BANK,
Defendant.

Case No.: 25-cv-03151-WQH-JLB

**ORDER**

HAYES, Judge:

On April 22, 2026, Plaintiff Kevin Phung and Defendant Synchrony Bank (together, the "parties") filed a Joint Motion for Dismissal. (ECF No. 16.) The parties state that they "jointly move [] the Court to dismiss this entire action with prejudice, with each [p]arty to bear their own fees and costs." *Id.* at 2.

IT IS HEREBY ORDERED that the Joint Motion for Dismissal (ECF No. 16) is granted. This action is dismissed with prejudice. The Clerk of Court shall close this case.

Dated: May 11, 2026

Hon. William Q. Hayes
United States District Court